# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON J. BRESSI, | No. 4:17-CV-01405 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| JOHN GEMIC, et al., | |
| Defendants. | |

## ORDER

### JULY 26, 2018

1. Plaintiff instituted the above-captioned action against Defendants on August 9, 2017.

2. Defendants moved to dismiss Plaintiff's complaint on October 16, 2017.

3. Plaintiff filed motions for summary judgment on November 22, 2017; February 12, 2018; and June 13, 2018.

4. On July 2, 2018, Magistrate Judge Joseph F. Saporito, Jr. issued a Report and Recommendation in which he recommended that this Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915 and 1915A.

5. Plaintiff objected to this Report and Recommendation on July 12, 2018.

6. As a result of Plaintiff's objections, this Court has reviewed the Report and Recommendation *de novo*.[1]

7. Because Plaintiff's objections are meritless, with arguments that have adequately and accurately been addressed by Magistrate Judge Saporito, this Court **ADOPTS** the Report and Recommendation, ECF No. 50, in its entirety.

8. Therefore, **IT IS HEREBY ORDERED** that:

   a. Plaintiff's complaint, ECF Nos. 1 and 11, is **DISMISSED WITH PREJUDICE** as legally frivolous and for a failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915(e)(2)(B)(ii), and 1915A(B)(1);

   b. Defendants' Motion to Dismiss, ECF No. 19, is **DENIED AS MOOT**; and

   c. Plaintiff's motions for summary judgment, ECF Nos. 25, 34, and 46, are **DENIED AS MOOT**.

9. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] 28 U.S.C. § 636(b)(1).